# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Wayne Pearson,                                          Court File No. 06-3517 JMR/FLN

               Plaintiff,

vs.                                                     **CERTIFICATE OF SERVICE**

RTP Company and
United Auto Workers, Local 2340,

               Defendants.

---

I hereby certify that on October 2, 2006, I caused the following documents:

**Separate Answer of Defendant RTP Company to
Plaintiff's First Amended Complaint**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

      John A. Fabian, III – fabian@nka.com
      Richard L. Kaspari – rkaspari@metcalf-law.com


Dated:  October 2, 2006                    FELHABER, LARSON, FENLON & VOGT, P.A.

                         By      s/ Paul J. Zech
                           Paul J. Zech, #162450
                           Amanda C. Craig, #350333
                     220 South Sixth Street, Suite 2200
                     Minneapolis, Minnesota 55402-4302
                     Telephone:  (612) 339-6321
                     Facsimile:  (612) 338-0535

                     ATTORNEYS FOR DEFENDANT RTP COMPANY